UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNIL KUMAR, | |
| Petitioner, | Case No. C20-1340-RAJ-MAT |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | REPORT AND RECOMMENDATION |
| Respondent. | |

Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action pro se and *in forma pauperis* to obtain release from detention. (Dkts. 1 & 4.) The government responded with a motion to dismiss. (Dkt. 7.) More recently, the government advised petitioner had departed from the United States voluntarily and that this action is now moot. (Dkts. 10-11.)

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition seeks only release from detention, his claims have been fully resolved. *See id*. at 1065.

REPORT & RECOMMENDATION - 1

1  Accordingly, there is no collateral consequence that could be redressed by the Court and
2  petitioner's habeas petition should be dismissed as moot. *See id.*

3  The Court thus recommends this action be DISMISSED without prejudice. A proposed
4  order accompanies this Report and Recommendation.

5  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
6  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
7  and Recommendation is signed. Failure to file objections within the specified time may affect your
8  right to appeal. Objections should be noted for consideration on the District Judge's motions
9  calendar for the third Friday after they are filed. Responses to objections may be filed within
10 **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be
11 ready for consideration by the District Judge on **January 4, 2021**.

12 Dated this 4th day of December, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT & RECOMMENDATION - 2